UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEPING LIU, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>　　　　　Defendants. | Case No.: C 11-01071 PSG<br><br>**ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY JESSICA MENG TO APPEAR *PRO HAC VICE*** |

Jessica Y. Meng ("Meng") applies to appear *pro hac vice* in the above-captioned action. In her application, she states that she is admitted in the State of Missouri and she designates herself as co-counsel. Meng's office address is located in Santa Clara, California.

Defendants oppose the application. Specifically, Defendants note that Meng's place of business is located in California.

Civ. L.R. 11-3(b) states:

> Unless authorized by an Act of Congress or by an order of the assigned judge, an applicant is not eligible for permission to practice *pro hac vice* if the applicant: (i) resides in the State of California; or (ii) is regularly engaged in the practice of law in the State of California. This disqualification shall not be applicable if the *pro hac vice* applicant (i) has been a resident of California for less than one year; (ii) has registered with, and completed all required applications for admission to, the State Bar of California; and (iii) has officially registered to take or is awaiting his or her results from the California State Bar exam.

As an initial matter, Meng improperly lists herself as co-counsel in the application. Civ. L.R. 11-3(a)(3) requires that co-counsel be a member of the bar of this Court in good standing and who maintains an office within the State of California. Next, based on the location of her office, Meng appears to both reside in the State of California and be regularly engaged in the practice of law in the State of California. Finally, Meng offers no evidence that she has been a resident of California for less than one year, has registered for admission to the State Bar of California, or has taken any steps to sit for the California State Bar exam. Accordingly, Meng has not fulfilled the necessary requirements to complete her application and she is disqualified from *pro hac vice* appearance. Meng's application is therefore DENIED. Plaintiffs shall file, no later than April 21, 2011, a substitution of attorney appointing new counsel or stating that they intend to represent themselves.

IT IS SO ORDERED.

Dated: March 21, 2011

PAUL S. GREWAL
United States Magistrate Judge